## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| BETH GOKOR, | )<br>)<br>) |
| Plaintiff, | ) Case No. 3:16-cv-03038<br>) |
| v. | ) Judge James G. Carr<br>) |
| RANDALL S. SCHLIEVERT, M.D., *et al.*, | ) ORDER<br>) |
| Defendants. | ) |

## ORDER FOR GRAND JURY TRANSCRIPT

This matter coming before the Court, it is hereby:

**ORDERED** that the transcript of grand jury proceedings occurring in Lucas County, Ohio in connection with Lucas County Common Pleas case number G-4801-0201501489-000, *State of Ohio v. Beth Gokor*, is material and needed to avoid a possible injustice in another judicial proceeding in the United States District Court for the Northern District of Ohio, *Gokor v. Schlievert*, case number 3:16-cv-03038. Further, the need for disclosure of the grand jury transcript is greater then the need for continued secrecy.

Dated: 12/10/18  /s/ James G. Carr
Toledo, Ohio  JAMES G. CARR
 United States District Judge